**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR05-0184 EMC |
| Plaintiff, | |
| v. | **PRETRIAL ORDER FOR CRIMINAL BENCH TRIAL** |
| GREGORY DANIELS, | |
| Defendant. | |
| _____/ | |

Trial will commence on December 1, 2005 from 9:30 a.m. to 1:30 p.m.

The parties shall exchange and provide to the Court one set of pre-marked trial exhibits and witness lists no later than three (3) court days before trial.

IT IS SO ORDERED.

Dated:  September 29, 2005.

_____
EDWARD M. CHEN
United States Magistrate Judge