**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

GREGORY J. DANIELS,

              Defendant.

_____/

Case No. CR05-0184 EMC

**ORDER**

It is hereby ordered that Attorney Mark Nicco is allowed to bring in a Cassette Tape Recorder to Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 19, 2005

_____
Edward M. Chen
United States Magistrate Judge