E-filing

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          )<br>vs.       )<br>          )<br>Gregory Joseph Daniels )<br>          ) | Docket Number: CR 05-00184-MAG |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____April 26, 2006_____ be continued until _____June 14, 2006_____ at _____9:30 am_____.

Date: 4/21/06

Edward M. Chen
United States Magistrate Judge

NDC-PSR-009 12/06/04