IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 05-00184 WHA |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| GREGORY J. DANIELS, | |
| Defendant. | |

Upon notice of withdrawal of the appeal, this case is over. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 12, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\dkt\cr05-184.wpd